# EXHIBIT F



UNITED STATES | ENGLAND | GERMANY | CHINA

NATALIE HANLON-LEH
NHanlon-Leh@faegre.com
(303) 607-3639

April 10, 2007

**BY UPS OVERNIGHT AND FACSIMILE**

Amy Skillman
Tan at the Beach, Inc.
3650 Hindman Road
Fayette, AL 35555

Colin Wells
Tan at the Beach, Inc.
2423 Temple Ave. N.
Fayette, AL 35555
(205) 932-8267

  Re: Infringement of Trademarks and Patents of Crocs, Inc.

Dear Ms. Skillman and Mr. Wells:

  This law firm represents Crocs, Inc. in connection with its intellectual property interests.

  We are writing to you concerning certain content featured on the web sites located at http://stores.ebay.com/Tan-At-The-Beach-Inc and http://www.tradekey.com/selloffer_listall/uid/223753/tan-at-the-beach-inc.htm (collectively the "Web Sites"). Through these Web Sites, your company, Tan at the Beach, Inc. ("Tan at the Beach"), is offering for sale clogs and flip flops under the marks "CROCO" and "CROCOS." It also appears that Tan at the Beach is importing and exporting clogs under the marks "CROCO" and "CROCOS."

  As you are no doubt aware, Crocs, Inc. designs, manufactures, distributes, and sells a distinctive and popular line of footwear under the CROCS trademark, and is the owner of the CROCS trademark and logo (collectively, the "CROCS Mark"). Examples of these shoes are shown on the Crocs, Inc. web site at http://www.crocs.com. Crocs, Inc. has invested heavily in developing its distinctive line of shoe designs, and in doing so, Crocs, Inc. has acquired various intellectual property rights, including trademark rights. The CROCS Mark symbolizes the reputation and hard-earned, valuable goodwill the company has acquired.

Amy Skillman & Colin Wells
April 10, 2007
Page 2

Tan at the Beach, Inc.'s ("Tan at the Beach") use of the marks "CROCO" and "CROCOS" creates a likelihood of confusion, dilutes the value of the CROCS Mark and is likely to deceive or mislead consumers to believe that there is some connection or affiliation between your company and Crocs, Inc. Such use trades on the goodwill associated with the CROCS Mark, which has been built up by Crocs, Inc. at great expense. Thus, Tan at the Beach's use of "CROCO" and "CROCOS" is actionable under Section 43(a) of the Lanham Act.

We now write to formally put you on notice of Crocs' patent rights under U.S. Patent Nos. 6,993,858; 7,146,751; D535,088; D517,788; D517,789; D517,790; and D525,419. Copies are enclosed for your reference. Should you be found to infringe any claims of these patents, you may be found liable for, at a minimum, reasonable royalty damages at least as of the date you received this letter. Crocs also has numerous other pending patent applications directed to its other lines of shoes, including those which you are intentionally copying.

Please be advised that Crocs, Inc. hereby demands that Tan at the Beach take the following steps to ameliorate this matter by *April 16, 2007*:

1. Cease all further manufacture, offer for sale, sale, and/or distribution of any footwear anywhere in the world that incorporates Crocs' designs or is likely to cause confusion with Crocs' designs, including but not limited to all products currently marketed as "CROCO" or "CROCOS."

2. Remove from eBay and any other website all pictures, descriptions, and advertising of any footwear or shoe accessories that are copied from or likely to cause confusion with Crocs' distinctive designs.

3. Discontinue all use of the name "CROCO" for any purpose.

4. Provide an accounting of all sales of footwear that incorporates Crocs' distinctive designs, including all footwear described using the names "CROCO" or "CROCOS."

5. Confirm in writing that you have complied with these demands.

If you fail to comply with these demands by *April 16, 2007*, Crocs, Inc. may seek legal relief, including but not limited to a suit for injunctive relief and damages.

Amy Skillman & Colin Wells
April 10, 2007
Page 3

      This matter is serious and requires your immediate attention. Please do not hesitate to contact me at NHanlon-Leh@faegre.com or (303)607-3639 with any questions you may have.

Regards,

*Natalie Hanlon-Leh*

Natalie Hanlon-Leh


cc:    Erik Rebich, Esq.
        Sara Hoverstock, Esq.

Encs.
fb.us.1722285.02