# EXHIBIT G



ONLINE STORE NOW OPEN

NEW TYE DYE COLORS NOW IN. LADIES, YOUTH AND INFANTS IN - JULY 10TH 2007. CALL FOR DETAILS.

For Wholesale Prices Please Call Our Warehouse.

Your Source for All Your Clogs Needs.

Croco Charms ™ -  Crocos Shoes ™

Highest Quality Swarovski Crystals.

No Minimum Orders.

# Toll Free:

# 1-866-377-3161

Call Now For Prices.

Tye Dye, Camo, Solids, Original Soft Clogs, Flip Flops & Dress Shoes

Wholesale Croco Charms ™.

Our New Style Flip Flops Coming Shortly.

Clog Prices Start As Low As $3.50 per/pair. Wholesale Only Available

Cases.

We Also Sell Tanning Products, Beds And Lamps.

Super Hot 10.5 Lamps Available Here Only.

Tan at the Beach, Inc. Importers & Exporters Of high quality Fashion Shoes And Clogs. Pro
customer service. Seven Shipping locations In The USA To Serve Our Customers Quickly. We
Worldwide. Contact Us For Further Information About Our Products Please Call Our Cu
Service Dept (205) 932 - 8267
email address for quick replies: info@tanatthebeachinc.com

| Products We Offer: | |
|---|---|
| - Wholesale Tanning Beds<br>- Super Hot 10.5 Tanning Lamps<br>- Sandals.<br>- Flip-Flops.<br>- Dress Shoes<br>- Top Fashion, Croco's<br>- Purses. | - Clog Charms<br><br>Crocos™ Crocos Charms™ & Crocos Shoes<br>Registered Trademarks Of: Tan At The Bea<br>Inc.<br><br>They Have No Connection With The Name<br>Crocs, Inc. or Jibbitz LLC.<br><br>Worldwide Shipping. UPS. USPS, FEDEX & |
| Prices To Fit Everyone | |

The World Of Clogs Is Here At The Beach.

Contact us  Get Your Happy Feet Here.

Memberships:
Authorized Distributor  •  Member Of The IST Association.

Service Area:                                   Hours of Operation:
Worldwide                              Monday-Saturday 8am - 10pm. Sunday
                                                              9pm

**Subscribe to our mailing list**

E-mail: [_____]  [Subscribe]



Home | Online Store | Contact Us | Shoe's/Croco's | New Styles | New Styles

**Tan at the Beach, Inc**  
Vernon, AL 35586

Toll Free: (8(  
info@tanattheb



Copyright © 2007 by Websi

http://www.tanatthebeachinc.com/                                                                7/12/2007



| Shopping Cart | Checkout | Customer Service | Policies | About Us |



Search



CATEGORIES
Croco Charms
  Bracelets
  Charm Sets
Ladies Crocos
Men's Crocos
Youth Crocos

Search Results

Found 72 product(s) for Ladies Crocos (1-6 of 72)



Ladies Crocos

| | Ladies Black Size 10 | Ladies Black Size 5 |
| | Regular $39.99 | Regular $39.99 |
| | PRICE: $12.99 | PRICE: $12.99 |



Ladies Black Size 7
Regular $39.99
PRICE: $12.99

Ladies Black Size 8
Regular $39.99
PRICE: $12.99

Result Pages: 1 2 3 4 5 6 7 8 9 10 (11..12)

Search : Shopping Cart : Checkout : Customer Service : Policies

*Are You Ready? Just 166 days 'til Christmas!*

*Copyright © 2007 Tan At The Beach, Inc.. All Rights Reserv*


Commerce enabled by ProStores



| Shopping Cart | Checkout | Customer Service | Policies | About Us |

Search

Found 60 product(s) for Youth Crocos (1-6 of 60)

CATEGORIES
Croco Charms
  Bracelets
  Charm Sets
Ladies Crocos
Men's Crocos
Youth Crocos



Youth Crocos

 Youth's Black Size 1
Regular $39.99
PRICE: $12.99
[Add to Cart]

 Youth's Black
Regular $39.99
PRICE: $12.99
[Add to Cart]

 Youth's Black Size 2
Regular $39.99
PRICE: $12.99
[Add to Cart]

 Youth's Black
Regular $39.99
PRICE: $12.99
[Add to Cart]

Result Pages: 1 2 3 4 5 6 7 8 9 10

Search : Shopping Cart : Checkout : Custo

*Are You Ready? Just 1*

*Copyright © 2007 Tan At The B*

ProSto
Commerce enab



| Shopping Cart | Checkout | Customer Service | Policies | About Us |

Search

CATEGORIES
Croco Charms
  Bracelets
  Charm Sets
Ladies Crocos
Men's Crocos
Youth Crocos

Search Results

Found 156 product(s) for Croco Charms (19-24 of 156)



Croco Charms


Cat (Purple)
Purple Cat
PRICE: $1.00


Cat (White)
White Cat
PRICE: $1.00


Cheer(Green/White)
Green/White Cheer Out Of Stock
PRICE: $1.00


Cheer(Orange
Orange/White
Stock
PRICE: $1.00

Result Pages: 1 2 3 **4** 5 6 7 8 9 10 (11..20)

Search : Shopping Cart : Checkout : Custo

*Are You Ready? Just 1*

*Copyright © 2007 Tan At The B*

ProSto
Commerce enab