IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01501-MSK-BNB

CROCS, INC., a Delaware corporation, and
JIBBITZ, INC., a Colorado limited liability company,

        Plaintiffs,

v.

TAN AT THE BEACH TANNING SALON, INC., an Alabama corporation,
COLIN WELLS, an individual, and
DANE LASTER, an individual,

        Defendants.

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION, WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Plaintiffs' Motion for Preliminary Injunction **(#9)** filed August 7, 2007.

At the time the motion was filed, no Defendants had been served with a summons and Complaint. In addition, counsel did not confer with the Defendants prior to filing the motion. Today, the Court granted the Plaintiffs' unopposed motion to enter judgment against Defendant Laster. The remaining two Defendants were apparently served with process on September 21, 2007, and according to the Plaintiffs, the parties are exploring the possibility of a prompt settlement **(#22)**.

Thus, as to Defendant Laster, the Motion for Preliminary Injunction is moot. As to the remaining two Defendants, it is premature.

**IT IS THEREFORE ORDERED** that the Motion for Preliminary Injunction is

**DENIED**, without prejudice.

Dated this 16th day of October, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge